■ PATRICIA DOLAN, an Infant, by WILLIAM V. DOLAN, Her Guardian ad Litem, Respondent, v. JOSEPH PUKALOVIC et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Trial Term denying defendants' motion to dismiss plaintiff's complaint

and for a direction of a verdict in favor of defendants in an automobile negligence action. The jury had failed to reach a verdict before being discharged.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.